No. 563 June 25, 2025 443

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of F. S. S.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

F. S. S.,
*Appellant.*

Marion County Circuit Court
24CC05632; A185674

Drew P. Taylor, Judge pro tempore.

Submitted May 9, 2025.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Jona J. Maukonen, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Reversed.

**LAGESEN, C. J.**

Appellant seeks reversal of a judgment committing her to the Oregon Health Authority for a period not to exceed 180 days, as well as an order prohibiting the purchase or possession of firearms. The trial court entered that judgment and order after finding that appellant suffered from a mental disorder that caused her to be a danger to others. *See* ORS 426.005(1)(f)(A). We reverse.[1]

Appellant argues that the trial court plainly erred in proceeding with the commitment hearing on a citation that failed to include the specific reasons that she was believed to be a person with a mental illness, as required by ORS 426.090. The state concedes the error.

Having reviewed the record, we agree with and accept the state's concession. By failing to issue a citation that complies with ORS 426.090, the court failed to comply with the procedures governing civil commitments. *State v. B. L. W.*, 335 Or App 639, 640-41, 560 P3d 766 (2024). There is no indication that appellant waived those procedural protections. *Id.* at 641.

Reversed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.